

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00059-CV

Yvonne E. **PERRYMAN**,
Appellant

v.

Cecilia A. **ROBINSON** and Cecil L. Jones, Jr.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-09714
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  May 6, 2015

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellees, who have not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the party who incurred them.

PER CURIAM